**IT IS ORDERED as set forth below:**

Date: March 1, 2018



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| ) | |
| **MILLARD COURTNEY FARMER, JR.,** ) | |
| ) | Case No. 18-52363-a998 |
| Debtor. ) | |

### ORDER EXTENDING TIME TO FILE
### STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, SUMMARY OF ASSETS AND LIABILITIES, CHAPTER 13 STATEMENT OF INCOME AND CHAPTER 13 PLAN

The above-captioned bankruptcy case is before the Court for consideration of the "Application for Extension of Time to File Statement of Financial Affairs, Schedules, Summary of Assets and Liabilities, Chapter 13 Statement of Income and Chapter 13 Plan" ("Application") (Doc. No. 13) filed by Millard Courtney Farmer, Jr. ("Applicant") on February 23, 2018. In the Application, Applicant requested entry of an order extending the deadline for filing his Schedules[1] and Plan through and including March 9, 2018.

---

[1] Capitalized terms not otherwise defined shall have the meanings set forth in the Motion.

After reviewing the Application and the representations contained therein, it appears that extending the deadline for Applicant to file the Schedules and Plan will not have an adverse impact on creditors or case administration. Accordingly, it is hereby

ORDERED that the Application is GRANTED. It is further ORDERED that the deadline for Debtor to file his Schedules is hereby extended through and including March 9, 2018.

**End of Document**

Prepared by:
**JONES & WALDEN, LLC**

/s/ Cameron M. McCord
Cameron M. McCord
Georgia Bar No. 143065
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
cmccord@joneswalden.com

**Distribution List:**

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Cameron M. McCord
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303