**IT IS ORDERED as set forth below:**

**Date: July 11, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | CASE NO. 18-52363 -JWC |
|---|---|
| Millard Courtney Farmer, Jr., | CHAPTER 13 |
| Debtor. | |

**ORDER AUTHORIZING AND DIRECTING MEDIATION
OF DISPUTES AMONG PARTIES**

The parties have requested that they be authorized to participate in mediation with regard to the issues in this proceeding. It appears that the most productive form of mediation is to designate a current bankruptcy judge with no assignment or responsibility for these proceedings as a settlement judge to serve as a neutral mediator and that Bankruptcy Judge Paul W. Bonapfel of this Court is qualified and suitable to serve in that capacity. For good

cause shown, it is hereby **ORDERED** as follows:

    1. The parties to this proceeding shall mediate the issues and disputes presented in these proceedings. Bankruptcy Judge Paul W. Bonapfel is hereby designated as a settlement judge with regard to this matter for the purpose of conducting mediation proceedings as the neutral mediator. Such mediation shall be conducted at a time and place and in accordance with procedures mutually agreed upon by the parties and Judge Paul W. Bonapfel.

    2. Because Judge Paul W. Bonapfel will be serving as the neutral mediator in this matter and because the nature of the mediation process requires *ex parte* contacts and communications between the neutral mediator and each of the sides, the prohibitions of FED. R.BANKR. P. 9003 do not apply to communications among the parties, their attorneys, and Judge Paul W. Bonapfel in connection with the mediation proceedings. The parties and their attorneys may, therefore, have *ex parte* communications with Judge Paul W. Bonapfel in his capacity as the neutral mediator in connection with the mediation proceedings.

    3. All communications made by the parties or their attorneys to each other or to Judge Paul W. Bonapfel in connection with the mediation process, the conduct and demeanor of the parties and their counsel during the mediation, and any documents prepared or produced in connection with the mediation process, including Judge Paul W. Bonapfel's notes or records, shall be confidential and shall not be admissible in evidence or the subject of any discovery in any proceeding (unless admissible or discoverable without regard to the mediation). The mediation sessions and any conferences or proceedings in connection therewith shall be treated as compromise negotiations for purposes of the Federal Rules of Evidence, the Georgia Rules of Evidence, or any rules of evidence of any other jurisdiction. No record will be made of the mediation proceedings. Judge Paul W. Bonapfel is disqualified from appearing as a witness in

any matter, and shall not be called as a witness, with regard to the mediation or any matter arising out of or related thereto.

END DOCUMENT

DISTRIBUTION LIST

**Millard Courtney Farmer, Jr.**
1196 Dekalb Ave
Atlanta, GA 30307

**Cameron M. McCord**
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

**Julie M. Anania**
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

**Colin Michael Bernardino**
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4528