**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR. | CASE NO. 18-52363-jwc |
| Debtor. | |

**NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR**

PLEASE TAKE NOTICE that a "FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR" (the "Application") has been filed in the above case. Pursuant to the Application, the Court is requested to allow and award compensation to Jones & Walden, LLC, as follows:

(1) $47,410.00 representing fees; and
(2) $1,191.45 representing actual out-of-pocket expenses incurred on behalf of the Debtor.
(3) That the Debtor be authorized to pay the Law Firm $33,601.45 which represents the requested award after credit for a pre-petition payment in the amount of $15,000.00. The Law Firm requests that the Debtor or Debtor's relatives be authorized to pay such amount direct to the Law Firm outside the Plan.

PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on the Application on the **4th day of December, 2018, at 10:00 o'clock a.m.**, **in Courtroom 1203, U. S. Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 12th day of November, 2018.

**JONES & WALDEN, LLC**
*/s/ Leon S. Jones*
By: Leon S. Jones
Georgia Bar No. 003980
Attorneys for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
404-564-9300

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br><br> **MILLARD COURTNEY FARMER, JR.** <br><br> Debtor. | **CHAPTER 13** <br><br> **CASE NO. 18-52363-jwc** |

**FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR**

TO:  THE HONORABLE JEFFERY W. CAVENDER
     JUDGE, U.S. BANKRUPTCY COURT
     NORTHERN DISTRICT OF GEORGIA
     ATLANTA DIVISION

COMES NOW Jones & Walden, LLC (the "Law Firm"), the attorneys for the Debtor, and files its "FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR" (the "Application"), and in support thereof respectfully shows as follows:

1.

The Law Firm shows that it has represented Millard Farmer ("Debtor") since February 2018.

2.

The Law Firm makes its Application for the allowance of compensation for professional services rendered to the Debtor for the period of time from February 1, 2018, through October 31, 2018 ("Application Period"), pursuant to 11 U.S.C. §§ 330 and 331. All services for which compensation is requested were performed on behalf of the Debtor and not on behalf of any other party, creditor, persons or party in interest.

3.

The Law Firm has had numerous conferences with the Debtor, creditors of the Debtor, and with attorneys for various creditors herein with reference to this case, and has filed numerous

pleadings and attended numerous hearings and has performed many other services necessary and proper to the administration of this estate.

4.

The time expended by the Law Firm and the work performed by the Law Firm, for the period for which this Application is made, is duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated herein by this reference.

5.

The out-of-pocket expenses incurred by the Law Firm during the period for which this Application is made are duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated by this reference. The copy costs reflected on Exhibit "A" are charged at the rate of $0.10 per page. The facsimile costs are charged at the rate of $1.00 per outgoing page. Out-of-pocket expenses represent the actual cost to the Law Firm.

6.

No agreement or understanding exists between the Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

7.

The agreement for fees between the Law Firm and Debtor provided for fees on an hourly basis.

8.

The Law Firm shows that it has expended a total of 167.70 hours in law firm time for the Application Period, representing hourly fees in the total amount of $47,410.00. The Law Firm shows that it has incurred a total of $1,191.45 in out-of-pocket expenses and advances in the course of such representation and has thereby earned a total of $48,601.45 pursuant to the above-referenced and heretofore disclosed compensation agreement. By this Application, the Law Firm seeks allowance of fees and expenses in the amount of $48,601.45 and an award of

payment in the amount of $33,601.45, which represents the requested award after credit for a pre-petition payment in the amount of $15,000.00.

9.

The Law Firm seeks permission for the Chapter 13 Debtor (or relatives of the Debtor) to pay the amounts requested pursuant to this Application ($33,601.45) directly to the Law Firm outside the Plan on an interim basis. The Law Firm shows that Debtor's children may participate in payment of any award made pursuant to this Application.

10.

The Law Firm respectfully makes the following representations with regard to the 12-factor Johnson test:

(a) Time and Labor Required:  The Law Firm has expended a total of 167.70 law firm hours through October 31, 2018, at the following rates:

| Attorney(s) | Hourly Rate |
| --- | --- |
| Leon S. Jones | $350.00 |
| Cameron McCord | $325.00 |
| Leslie Pineyro | $325.00 |
| Matthew Tokajer | $250.00 |
| J. Kelley Killorin | $225.00 |
| Lauren Brown (Paralegal) | $100.00 |
| Ellen Wooden (Paralegal) | $100.00 |

(b) Novelty and Difficulty of Questions Presented:  The Chapter 13 reorganization case involves the effort to reorganize a business debtor.  The Law Firm shows that the novelty and difficulty of questions presented are greater than those normally associated with a Chapter 13 bankruptcy case.

(c) Skill Requisite to Perform Legal Services Properly: The Law Firm respectfully represents that it has the skill requisite to perform legal services heretofore rendered in a proper fashion.

(d) The Preclusion of Other Employment Due to Acceptance of the Case:  The Law Firm respectfully requests that the time expended by the Law Firm in connection

with this case could have been devoted to matters being handled for other clients, but for the time demands placed upon the Law Firm by the Law Firm's involvement in this case.

(e) <u>Customary Fee for the Type of Services Rendered</u>:  The Law Firm shows that all fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended.  Such itemization is detailed on Exhibit "A".  The Law Firm respectfully represents that the customary compensation for the attorney services in connection with a bankruptcy case is upon an hourly billing basis.

(f) <u>Whether Fee is Fixed or Contingent</u>:  The Law Firm's charges are subject to being awarded by this Court under 11 U.S.C. § 330.  The Fee is thus not truly fixed or contingent but has some characteristics of both.

(g) <u>Time Limitations Imposed by Client or Other Circumstances</u>:    The Law Firm shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

(h) <u>Amount Involved and Results Obtained</u>:     The Law Firm has handled a large number of routine and complex Chapter 13 issues on behalf of the Debtor.  The Law Firm has handled matters regarding the Debtor' unsecured and secured creditors.  The Law Firm has represented the Debtor throughout this bankruptcy case.

(i) <u>Experience, Reputation, and Ability of Attorneys</u>:  The Law Firm respectfully represents that it has had a significant amount of experience within the areas involved in this representation.

(j) <u>Undesirability of the Case</u>:  The Law Firm respectfully represents that this factor is not normally applicable to a Chapter 13 case.

(k) <u>Nature and Length of Professional Relationship with the Client</u>: The Law Firm shows that it has represented the Debtor since February 2018.

(l) <u>Awards in Similar Cases</u>: The Law Firm respectfully represents that its Application is in keeping with similar applications for Chapter 13 compensation filed by attorneys representing business debtors in bankruptcy cases within this district, but that this is a particularly difficult case.

WHEREFORE, the Law Firm prays that it be allowed Chapter 13 compensation as follows:

(1) $47,410.00 representing fees; and

(2) $1,191.45 representing actual out-of-pocket expenses incurred on behalf of the Debtor.

(3) That the Debtor be authorized to pay the Law Firm $33,601.45 which represents the requested award after credit for a pre-petition payment in the amount of $15,000.00. The Law Firm requests that the Debtor (or relatives of Debtor) be authorized to pay such amount direct to the Law Firm outside the Plan on an interim basis.

RESPECTFULLY SUBMITTED this 12th day of November, 2018.

**JONES & WALDEN, LLC**
/s/ *Leon S. Jones*
By: Leon S. Jones
Georgia Bar No. 003980
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300

EXHIBIT "A" FOLLOWS

**JONES & WALDEN, LLC**
**21 EIGHTH STREET NE**
**ATLANTA, GEORGIA 30309**
**404-564-9300**

Page: 1
November 12, 2018

Millard Farmer
1196 DeKalb Avenue                                  Account No:      2493-00M
Atlanta  GA  30307                                  Statement No:        51010

Re: Chapter 13 (CM)

Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 02/01/2018 | | | | | |
| | CMM | Conf with client re RICO | 325.00 | 1.00 | 325.00 |
| 02/06/2018 | | | | | |
| | CMM | Prepare for and attend conference with Millard Farmer; conf with LSJ and LP (.6) | 325.00 | 4.10 | 1,332.50 |
| | LMP | Conference with M Farmer (re chapter 13 with RICO judgment) (1.4) | 325.00 | 1.40 | 455.00 |
| | LSJ | Conference with CM re strategy (.1); conf with CM (.1); conf with CM re 13 plan (.5) | 350.00 | 0.70 | 245.00 |
| 02/07/2018 | | | | | |
| | CMM | Telephone Conference with client (.3) t/c client re strategy (.2) | 325.00 | 0.50 | 162.50 |
| 02/08/2018 | | | | | |
| | EW | Revise Funding Commitment and Engagement Letter; multiple revisions to same | 100.00 | 0.50 | 50.00 |
| | CMM | Conference with client re status of litigation; mult conf with client | 325.00 | 2.80 | 910.00 |
| | LSJ | Prepare engagement; prepare plan and disclosure (.8); review DC litigation (.2) | 350.00 | 1.00 | 350.00 |
| 02/09/2018 | | | | | |
| | LMP | Review federal rules and conf re options (.2) review options (.1) Prepare filing analysis (.1) | 325.00 | 0.40 | 130.00 |
| | LB | Set up client for credit counseling ; prepare POS in district court action | 100.00 | 0.60 | 60.00 |
| | CMM | Multiple telephone conferences with client and Buddy Parker re settlement and bankruptcy; conf LSJ re same | 325.00 | 1.00 | 325.00 |
| | LSJ | Conference with CM re 13 strategy and plan (.4); prepare schedules (.1); conf with client re strategy (.1) | 350.00 | 0.60 | 210.00 |
| 02/12/2018 | | | | | |
| | CMM | Email exchange with Buddy Parker (.1) corr to client re schedules (.2) | 325.00 | 0.30 | 97.50 |
| | MJT | Review documents needed to file remaning schedules. | 250.00 | 0.60 | 150.00 |

Case 18-52363-jwc    Doc 50    Filed 11/12/18    Entered 11/12/18 16:54:49    Desc Main
                            Document    Page 9 of 19

Millard Farmer

Page: 2
November 12, 2018
Account No:    2493-00M
Statement No:    51010

Re: Chapter 13 (CM)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 02/13/2018 | | | | | |
| | LB | Prepare COA for Maloy Jenkins Parker & debtor; file same | 100.00 | 0.40 | 40.00 |
| | CMM | Telephone Conference with client; email to client re 341 (.2) prepare attorney disclosure statement (.2) | 325.00 | 0.40 | 130.00 |
| | LSJ | Review first day filings and commencement notice; calendar deadlines | 350.00 | 0.20 | 70.00 |
| 02/14/2018 | | | | | |
| | LB | Finalize App to employ special counsel; file & serve same; upload order | 100.00 | 0.40 | 40.00 |
| | CMM | Edit app to employ; conf LSJ re same (.6) t/c Ralph Goldberg (.1) | 325.00 | 0.70 | 227.50 |
| | LSJ | Review and revise application, declaration and order for employment prepared by proposed special counsel (.6); conf with CM re same; review for filing (.2) | 350.00 | 0.80 | 280.00 |
| 02/15/2018 | | | | | |
| | LB | Revise Order on App to Employ Special Counsel; email to CMM re: same | 100.00 | 0.50 | 50.00 |
| | EW | Finalize, file, and serve Notice of Filing re App to Employ Special Counsel | 100.00 | 0.20 | 20.00 |
| | MJT | Revise special counsel order and send to TT for consent (0.4), draft and file notice of filing of executed fee contract (0.4), contact special counsel regarding notice of filing of executed fee contract (0.2) | 250.00 | 1.00 | 250.00 |
| 02/16/2018 | | | | | |
| | LSJ | Review employment app re special counsel; review commencement notice; calendar deadlines and events; review special counsel employment agreement | 350.00 | 0.10 | 35.00 |
| 02/18/2018 | | | | | |
| | LSJ | Review docket and status of sumission and order on special counsel application for employment | 350.00 | 0.10 | 35.00 |
| 02/20/2018 | | | | | |
| | CMM | Telephone Conference with client re schedules | 325.00 | 0.20 | 65.00 |
| 02/22/2018 | | | | | |
| | CMM | Telephone Conference with client re status of schedule information | 325.00 | 0.70 | 227.50 |
| | MJT | Review general order regarding attorney fee disclosure (0.2), draft application to extend time to file schedules (.6) | 250.00 | 0.80 | 200.00 |
| | LSJ | Prepare schedules and disclosure | 350.00 | 0.20 | 70.00 |
| 02/23/2018 | | | | | |
| | LB | Review Troup Co. court records; conf. with CMM re: same; revise Attny Disclosure Statement; file same | 100.00 | 0.60 | 60.00 |
| | MJT | Email trustee to get permission to sign order on application to employ special counsel (0.1), draft order to extend time to file schedules (0.2). | 250.00 | 0.30 | 75.00 |
| | LSJ | Prepare attorney disclosure statement and schedules | 350.00 | 0.40 | 140.00 |
| 02/24/2018 | | | | | |
| | LSJ | Review extension motion and filed atty disclosure; calendar | | | |

| | | | | Page: 3 |
|---|---|---|---|---|
| Case 18-52363-jwc | Doc 50 | Filed 11/12/18 | Entered 11/12/18 16:54:49 | Desc Main |
| Millard Farmer | | Document | Page 10 of 19 | November 12, 2018 |
| | | | Account No: | 2493-00M |
| | | | Statement No: | 51010 |

Re: Chapter 13 (CM)

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | deadlines | 350.00 | 0.10 | 35.00 |
| 02/28/2018 | | | | | |
| | CMM | Telephone Conference with client; review motion for new trial; t/c MT re status (1) t/c Ralph Goldberg re litigation strategy (.2) | 325.00 | 1.20 | 390.00 |
| | MJT | Telephone Conference with trustee to discuss consent order for application to employ special counsel. | 250.00 | 0.40 | 100.00 |
| 03/01/2018 | | | | | |
| | CMM | Review district court pleadings (.5); t/c client re schedules; email to client re schedules; (.3) conf MT re Chp 13 plan terms (.2) | 325.00 | 1.00 | 325.00 |
| | MJT | Legal research on treatment of disputed unliquidated debts and confirmation requirements. | 250.00 | 2.70 | 675.00 |
| 03/03/2018 | | | | | |
| | CMM | Telephone Conference with client | 325.00 | 0.30 | 97.50 |
| | LSJ | Review docket and entered extension order; prepare plan | 350.00 | 0.10 | 35.00 |
| 03/05/2018 | | | | | |
| | CMM | Receipt and review of documents (.4) conf with client (3.0) | 325.00 | 3.40 | 1,105.00 |
| | MJT | Prepare plan. | 250.00 | 0.60 | 150.00 |
| | LSJ | Prepare schedules (.1); prepare plan (.1) | 350.00 | 0.20 | 70.00 |
| 03/06/2018 | | | | | |
| | CMM | Review plan (.3) | 325.00 | 0.30 | 97.50 |
| | MJT | Prepare plan and means test (0.9), discuss plan with CMM (0.2), edit plan (0.4), meeting with CMM and Millard (1.0) | 250.00 | 2.50 | 625.00 |
| | LSJ | Prepare plan | 350.00 | 0.20 | 70.00 |
| 03/07/2018 | | | | | |
| | CMM | Telephone Conference with Farmer (.3) conf MT re amendment (.1) revise plan (.2) revise schedules (.1) conf with client (2.4) | 325.00 | 3.10 | 1,007.50 |
| | MJT | Legal research on standard on Rico claims (1.3), edit schedules (0.3), meet with CMM and client (1.2), read settlement agreement for details on indemnification (0.4). | 250.00 | 3.20 | 800.00 |
| | LSJ | Prepare plan | 350.00 | 0.10 | 35.00 |
| 03/08/2018 | | | | | |
| | EW | Finalize, file and serve Chapter 13 Plan (0.4); finalize schedule completion and file (0.5) | 100.00 | 0.90 | 90.00 |
| | MJT | Review schedules and plan (0.3), file schedules and plan (0.3) | 250.00 | 0.60 | 150.00 |
| 03/09/2018 | | | | | |
| | LB | Prepare schedules | 100.00 | 0.20 | 20.00 |
| | MJT | Review order staying rico case. | 250.00 | 0.10 | 25.00 |
| 03/12/2018 | | | | | |
| | LSJ | Review plan and schedules | 350.00 | 0.10 | 35.00 |
| 03/19/2018 | | | | | |
| | CMM | Review filed pleadings (.1) r/r order staying district court | | | |

Case 18-52363-jwc    Doc 50    Filed 11/12/18    Entered 11/12/18 16:54:49    Desc Main
Document    Page 11 of 19

Page: 4
Millard Farmer                                                                                          November 12, 2018
Account No:        2493-00M
Statement No:        51010

Re: Chapter 13 (CM)

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | case (.1) | 325.00 | 0.20 | 65.00 |
| 03/20/2018 | MJT | Telephone Conference with client regarding plan | 250.00 | 0.30 | 75.00 |
| 03/22/2018 | CMM | Review client research on Rico case | 325.00 | 0.20 | 65.00 |
| 03/23/2018 | LSJ | Review trustee notice re-setting 341 and confirmation hearing and requiring business forms; calendar events | 350.00 | 0.10 | 35.00 |
| 03/26/2018 | CMM | Email exchange re creditor meeting (.1) t/c Ralph Goldberg (.1) t/c trustee (.2) prepare order (.1) t/c client (.2) | 325.00 | 0.70 | 227.50 |
| 03/29/2018 | CMM | Review order (.1) t/c client (.3) review transcript (.3) | 325.00 | 0.70 | 227.50 |
| 03/30/2018 | LB | Finalize & upload order granting Goldberg employment | 100.00 | 0.20 | 20.00 |
| 04/02/2018 | CMM | Telephone Conference with client re trial transcript | 325.00 | 0.30 | 97.50 |
| 04/04/2018 | LSJ | Review entered order for employment of special counsel | 350.00 | 0.10 | 35.00 |
| 04/06/2018 | MJT | Prepare 341 business packet. | 250.00 | 2.70 | 675.00 |
| 04/10/2018 | MJT | Prepare and edit 341 business packet. | 250.00 | 1.30 | 325.00 |
| 04/11/2018 | MJT | Finalize business 341 packet (0.4), send packet to TT (0.3) | 250.00 | 0.70 | 175.00 |
| 04/12/2018 | CMM | Telephone Conference with Farmer | 325.00 | 0.30 | 97.50 |
| 04/17/2018 | CMM | Attend meeting with Ralph Goldberg | 325.00 | 2.40 | 780.00 |
| | MJT | Attend meeting at Ralph Goldbergs office (1.3), travel to and from meeting (1.1) | 250.00 | 2.40 | 600.00 |
| 04/18/2018 | CMM | Receipt and review of notice of appearence | 325.00 | 0.10 | 32.50 |
| 04/20/2018 | CMM | Receipt and review of POC; corr to client re same | 325.00 | 0.20 | 65.00 |
| 04/23/2018 | LSJ | Review Murphy POC | 350.00 | 0.10 | 35.00 |
| | CMM | Telephone Conference with Mitt re claims | 325.00 | 0.10 | 32.50 |

Case 18-52363-jwc    Doc 50    Filed 11/12/18    Entered 11/12/18 16:54:49    Desc Main
Document    Page 12 of 19

Millard Farmer

Page: 5
November 12, 2018
Account No:    2493-00M
Statement No:    51010

Re: Chapter 13 (CM)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/07/2018 |  |  |  |  |  |
|  | CMM | t/c Colin Bernadino | 325.00 | 0.20 | 65.00 |
| 05/08/2018 |  |  |  |  |  |
|  | CMM | Telephone Conference with client | 325.00 | 0.80 | 260.00 |
| 05/10/2018 |  |  |  |  |  |
|  | CMM | Telephone Conference with client (.2) review client docs (.4) t/c Jo Farmer (.2) | 325.00 | 0.80 | 260.00 |
|  | LSJ | Prepare fee app/notice | 350.00 | 0.20 | 70.00 |
| 05/11/2018 |  |  |  |  |  |
|  | CMM | Attend 341 | 325.00 | 2.90 | 942.50 |
| 05/14/2018 |  |  |  |  |  |
|  | LSJ | Conference with CM re strategy | 350.00 | 0.20 | 70.00 |
|  | LMP | Review case options (.1) | 325.00 | 0.10 | 32.50 |
|  | CMM | Conference with LP re conversion (.2) r/r MRAS; corr to client re same (.3) | 325.00 | 0.50 | 162.50 |
| 05/15/2018 |  |  |  |  |  |
|  | LSJ | Conference with CM re strategy | 350.00 | 0.10 | 35.00 |
|  | CMM | Telephone Conference with Millard; t/c with Ralph | 325.00 | 0.50 | 162.50 |
| 05/16/2018 |  |  |  |  |  |
|  | LSJ | Review Murphy's MRAS | 350.00 | 0.10 | 35.00 |
|  | CMM | Conference with client (1.6) | 325.00 | 1.60 | 520.00 |
| 05/17/2018 |  |  |  |  |  |
|  | MJT | Prepare objection to proof of claim (1.0), call with Jo Farmer regarding payment method (0.1), discuss 341 objections with CMM (0.1) | 250.00 | 1.20 | 300.00 |
| 05/21/2018 |  |  |  |  |  |
|  | LSJ | Conference with CM and prep order on stay relief and confirmation | 350.00 | 0.40 | 140.00 |
|  | CMM | Receipt and review of objection to Chapter 13 plan (.3) prepare order on MRAS; conf LSJ re same (1) t/c client re order (.2) | 325.00 | 1.50 | 487.50 |
|  | MJT | Update schedules based on trustee's objections (0.7), call with Jo Farmer (0.1), call with Millard Farmer (0.2). | 250.00 | 1.00 | 250.00 |
| 05/25/2018 |  |  |  |  |  |
|  | LSJ | Conference with CM re trustee change of position on holding confirmation in abeyance and strategy on amending plan | 350.00 | 0.20 | 70.00 |
| 05/29/2018 |  |  |  |  |  |
|  | CMM | Conf MT re objections | 325.00 | 0.30 | 97.50 |
|  | LMP | Prepare objection response and strategy (.3) | 325.00 | 0.30 | 97.50 |
|  | MJT | Conference with LP and CMM to discuss case (0.2), review objections to confirmation and draft amendments (1.1), legal research on good faith factors (0.3), review general orders regarding chapter 13 plan (0.2), call with client (1.6), | 250.00 | 3.30 | 825.00 |

Case 18-52363-jwc    Doc 50    Filed 11/12/18    Entered 11/12/18 16:54:49    Desc Main
                        Document      Page 13 of 19

Millard Farmer

Page: 6
November 12, 2018
Account No:    2493-00M
Statement No:      51010

Re: Chapter 13 (CM)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/30/2018 | | | | | |
| | CMM | Review response to trustee objection | 325.00 | 0.50 | 162.50 |
| | MJT | Review Murphy's objection to confirmation (0.5), legal research to resond to Murphy's objection (1.3), draft response to Murphy's objection (1.9), edit response (0.3), discuss amendments with CMM (0.1), draft amended chapter 13 plan (1.0), amend schedule C (0.4), draft credit card affidavit (0.1), draft objection to Murphys proof of claim (0.5). | 250.00 | 6.10 | 1,525.00 |
| 05/31/2018 | | | | | |
| | CMM | Telephone Conference with client; review and revise responses to objections and objection to proof of claim | 325.00 | 1.20 | 390.00 |
| | MJT | Revise amended schedules, plan and responses (1.1), email proposed changes to client (0.2). | 250.00 | 1.30 | 325.00 |
| 06/01/2018 | | | | | |
| | CMM | Conference with client re Chp 13 | 325.00 | 1.20 | 390.00 |
| | MJT | Prepare for meeting with client (0.5), meeting with client (1.9), file amendments (1.0). | 250.00 | 3.40 | 850.00 |
| 06/04/2018 | | | | | |
| | LB | Finalize amendment to schedules; responses to objections to confirmation (Ch. 13 Trustee & Murphy); obj. to Murphy POC (.9); prepare cert. of service of amended plan (.5); file & serve all (.3) | 100.00 | 1.70 | 170.00 |
| | CMM | Prepare for hearing | 325.00 | 0.60 | 195.00 |
| | MJT | Telephone Conference with trustee to discuss confirmation hearing (0.1) | 250.00 | 0.10 | 25.00 |
| | MJT | Prepare for hearing (0.1), research on good faith in regards to chapter 13 liquidation plans (1.1). | 250.00 | 1.20 | 300.00 |
| 06/05/2018 | | | | | |
| | CMM | Prepare for and attend confirmation hearing | 325.00 | 8.70 | 2,827.50 |
| | LMP | Prepare for conf hearing (.4) | 325.00 | 0.40 | 130.00 |
| | MJT | Prepare for confirmation hearing. Attend confirmation hearing. | 250.00 | 4.50 | 1,125.00 |
| 06/07/2018 | | | | | |
| | LMP | Prepare case strategy (.1) | 325.00 | 0.10 | 32.50 |
| 06/08/2018 | | | | | |
| | CMM | Email exchange re order and objection to claim (.2) t/c CB (.1) | 325.00 | 0.30 | 97.50 |
| 06/10/2018 | | | | | |
| | LSJ | Review claim objection; calendar hearing; review response brief re plan objection | 350.00 | 0.10 | 35.00 |
| 06/11/2018 | | | | | |
| | CMM | Telephone Conference with Collin Bernadino re settlement | 325.00 | 0.40 | 130.00 |
| 06/13/2018 | | | | | |
| | CMM | Email exchange re MRAS (.1) t/c Ralph Goldberg (.2) | 325.00 | 0.30 | 97.50 |
| | MJT | Attend SEC Townhall meeting with Millard Farmer. | 250.00 | 3.50 | 875.00 |

Case 18-52363-jwc    Doc 50    Filed 11/12/18    Entered 11/12/18 16:54:49    Desc Main
Document      Page 14 of 19

Millard Farmer

Page: 7
November 12, 2018
Account No:      2493-00M
Statement No:       51010

Re: Chapter 13 (CM)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 06/14/2018 | | | | | |
| | LSJ | Receipt and review of notice of evidentiary hearing; calendar same; conf with CM re same | 350.00 | 0.20 | 70.00 |
| 06/15/2018 | | | | | |
| | CMM | Mult t/c with client and Colin Bernadino re status; review order (1.1) | 325.00 | 1.10 | 357.50 |
| 06/18/2018 | | | | | |
| | LSJ | Email and conference with CM re mediation and strategy; review docket | 350.00 | 0.20 | 70.00 |
| | CMM | Prepare motion for mediation (.8) | 325.00 | 0.80 | 260.00 |
| 06/19/2018 | | | | | |
| | LSJ | Prepare motion and order for mediation; conference with CM re same | 350.00 | 0.30 | 105.00 |
| | MJT | Telephone Conference with Millard Farmer re status and strategy | 250.00 | 1.40 | 350.00 |
| 06/20/2018 | | | | | |
| | LSJ | Prepare and file mediation motion; telephone call to chambers re appointment of mediator | 350.00 | 0.20 | 70.00 |
| | EW | Revise Joint Motion Requesting Mediation (0.2); finalize, file and serve same (0.3) | 100.00 | 0.50 | 50.00 |
| 06/22/2018 | | | | | |
| | LSJ | Telephone conference with client re status and strategy | 350.00 | 0.70 | 245.00 |
| 06/27/2018 | | | | | |
| | MJT | Telephone Conference with court regarding availability for mediation. | 250.00 | 0.10 | 25.00 |
| 07/02/2018 | | | | | |
| | MJT | Telephone Conference with client to discuss upcoming hearing and GSU Investor advocay hearing. | 250.00 | 1.20 | 300.00 |
| 07/05/2018 | | | | | |
| | CMM | Email exchange re consent order on MRAS | 325.00 | 0.20 | 65.00 |
| | LSJ | Conference with CM re status and strategy | 350.00 | 0.30 | 105.00 |
| 07/06/2018 | | | | | |
| | CMM | Mult Telephone Conference with client (1) | 325.00 | 1.00 | 325.00 |
| 07/09/2018 | | | | | |
| | CMM | Email exchange re status | 325.00 | 0.20 | 65.00 |
| 07/10/2018 | | | | | |
| | CMM | Receipt and review of objection to claim (.2) email exchange re hearing and mediation (.2) | 325.00 | 0.40 | 130.00 |
| | LSJ | Review Murphy response to POC objection | 350.00 | 0.10 | 35.00 |
| 07/12/2018 | | | | | |
| | CMM | Telephone Conference with client re status | 325.00 | 0.40 | 130.00 |
| | MJT | Telephone Conference with Millard discussing contacting | | | |

Case 18-52363-jwc    Doc 50    Filed 11/12/18    Entered 11/12/18 16:54:49    Desc Main
Document      Page 15 of 19

Millard Farmer                                                                                   Page: 8
                                                                                   November 12, 2018
                                                                                   Account No:   2493-00M
                                                                                   Statement No:    51010

Re: Chapter 13 (CM)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | Jaren Doss (works with GSU Investor advocacy group) about possible SEC investigation. | 250.00 | 0.20 | 50.00 |
| 07/13/2018 | LSJ | Review entered mediation order; conf with CM re same | 350.00 | 0.10 | 35.00 |
| 07/16/2018 | CMM | Telephone Conference with client re status | 325.00 | 0.60 | 195.00 |
| 07/18/2018 | CMM | r/r of mediation order; t/c client re same | 325.00 | 0.30 | 97.50 |
| 07/19/2018 | CMM | Telephone Conference with client; t/c with Jason Doss; email exchange re mediation | 325.00 | 1.30 | 422.50 |
| 07/24/2018 | CMM | Email exchange re mediation | 325.00 | 0.20 | 65.00 |
| 07/30/2018 | CMM | Email exchange re mediation | 325.00 | 0.10 | 32.50 |
|  | LSJ | Prepare fee application | 350.00 | 0.20 | 70.00 |
| 08/06/2018 | MJT | Prepare mediation statement. | 250.00 | 3.20 | 800.00 |
| 08/07/2018 | MJT | Telephone Conference with client. | 250.00 | 0.30 | 75.00 |
| 08/21/2018 | CMM | Prepare mediation statement (.2) | 325.00 | 0.20 | 65.00 |
| 08/23/2018 | CMM | Telephone Conference with client re mediation (.6) review transcript (1.8) | 325.00 | 2.40 | 780.00 |
| 08/28/2018 | CMM | Telephone Conference with client | 325.00 | 0.10 | 32.50 |
|  | MJT | Review brief for new trial in order to supplement mediation statement (1.2), edit mediation statement (0.7) | 250.00 | 1.90 | 475.00 |
| 08/29/2018 | MJT | edit mediation statement. | 250.00 | 1.10 | 275.00 |
| 08/30/2018 | CMM | Finalize mediation statement | 325.00 | 0.50 | 162.50 |
| 08/31/2018 | CMM | Telephone Conference with client | 325.00 | 1.30 | 422.50 |
| 09/04/2018 | CMM | Review mediation statement | 325.00 | 0.40 | 130.00 |
| 09/05/2018 | CMM | Prepare mediation statement; corr to client re same; t/c Jo re |  |  |  |

Case 18-52363-jwc    Doc 50    Filed 11/12/18    Entered 11/12/18 16:54:49    Desc Main
                               Document      Page 16 of 19

Millard Farmer

Page: 9
November 12, 2018
Account No:      2493-00M
Statement No:        51010

Re: Chapter 13 (CM)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | same | 325.00 | 2.30 | 747.50 |
| 09/07/2018 | | | | | |
| | CMM | Telephone Conference with client | 325.00 | 0.20 | 65.00 |
| | JKK | Review judgment documents (.4); Legal research regarding attorneys fees (4.7) | 225.00 | 5.10 | 1,147.50 |
| 09/10/2018 | | | | | |
| | JKK | Legal research regarding attorneys fees and RICO | 225.00 | 1.40 | 315.00 |
| 09/11/2018 | | | | | |
| | CMM | Correspondence to Colin Bernardino (.1) | 325.00 | 0.10 | 32.50 |
| | CMM | Conference with Judge Bonapfel (2.2) | 325.00 | 2.20 | 715.00 |
| | JKK | Prepare memo discussing legal research regarding attorneys fees (.4) Legal research regarding attorneys fees (4.3) | 225.00 | 4.70 | 1,057.50 |
| | MJT | Attend Mediation session with Millard, Cameron and J. Bonapfel. | 250.00 | 2.00 | 500.00 |
| 09/12/2018 | | | | | |
| | CMM | Telephone Conference with client re BPO | 325.00 | 0.20 | 65.00 |
| 09/14/2018 | | | | | |
| | CMM | Telephone Conference with Ralph Goldberg (.1) email to CB (.1) | 325.00 | 0.20 | 65.00 |
| 09/17/2018 | | | | | |
| | CMM | Receipt and review of BPO (.2) t/c client (.5) | 325.00 | 0.70 | 227.50 |
| 09/18/2018 | | | | | |
| | CMM | Attend mediation | 325.00 | 8.50 | 2,762.50 |
| | MJT | Prepare liquidation analysis including BPO for real estate. | 250.00 | 0.70 | 175.00 |
| 09/19/2018 | | | | | |
| | LSJ | Review settlement terms; conf with CM; prepare settlement agreement | 350.00 | 0.40 | 140.00 |
| | CMM | Conf with MT re settlement | 325.00 | 0.30 | 97.50 |
| | MJT | Conference with Cameron to discuss settlement. | 250.00 | 0.20 | 50.00 |
| 09/21/2018 | | | | | |
| | CMM | Telephone Conference with Julie Aninia | 325.00 | 0.20 | 65.00 |
| 09/25/2018 | | | | | |
| | MJT | Prepare motion to approve compromise (1.3), draft amended plan (1.2) | 250.00 | 2.50 | 625.00 |
| 09/28/2018 | | | | | |
| | MJT | Review and edit chapter 13 plan (0.5), review and edit settlement motion (0.5) | 250.00 | 1.00 | 250.00 |
| 10/01/2018 | | | | | |
| | MJT | Review and edit chapter 13 plan (0.5), review and edit motion approving settlement (0.5) | 250.00 | 1.00 | 250.00 |

Millard Farmer

Page: 10
November 12, 2018
Account No: 2493-00M
Statement No: 51010

Re: Chapter 13 (CM)

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
| 10/04/2018 | | | | |
| CMM | Review plan and 9019 motion; email to Colin Bernadino re same | 325.00 | 0.40 | 130.00 |
| | For Current Services Rendered | | 167.70 | 47,410.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Leon S. Jones | 9.20 | $350.00 | $3,220.00 |
| Cameron Martin McCord | 75.30 | 325.00 | 24,472.50 |
| Leslie Pineyro | 2.70 | 325.00 | 877.50 |
| Ellen Wooden | 2.10 | 100.00 | 210.00 |
| Lauren Brown | 4.60 | 100.00 | 460.00 |
| J. Kelley Killorin | 11.20 | 225.00 | 2,520.00 |
| Matthew J. Tokajer | 62.60 | 250.00 | 15,650.00 |

### Expenses

| Date | Description | Amount |
|---|---|---:|
| 02/09/2018 | Filing fee - Chapter 13 Bankruptcy | 310.00 |
| 02/14/2018 | Postage (5 @ .68) | 3.40 |
| 02/15/2018 | Postage | 0.47 |
| 02/23/2018 | Postage (2 @ .47) | 0.94 |
| 03/01/2018 | Online legal research | 6.00 |
| 03/01/2018 | Fee for Online Court Documents (PACER) | 8.40 |
| 03/08/2018 | Filing fee - Schedules and amended creditor matrix | 31.00 |
| 03/08/2018 | Postage (4 @ .47) | 1.88 |
| 04/01/2018 | Online legal research | 381.00 |
| 05/01/2018 | Fee for Online Court Documents (PACER) | 1.30 |
| 05/09/2018 | Postage (2 @ .47) | 0.94 |
| 05/11/2018 | Parking | 14.00 |
| 06/01/2018 | Online legal research | 183.38 |
| 06/04/2018 | Filing fee - Amended Schedules E/F, G | 31.00 |
| 06/04/2018 | Postage (4 @ .47) (4 @ .68) (4 @ 1.63) | 11.12 |
| 06/05/2018 | Postage (4 @ .47) | 1.88 |
| 06/20/2018 | Postage (4 @ .47) | 1.88 |
| 07/01/2018 | Online legal research | 76.88 |
| 07/01/2018 | Fee for Online Court Documents (PACER) | 1.10 |
| 09/01/2018 | Online legal research | 36.00 |
| 10/01/2018 | Online legal research | 88.88 |
| | Total Expenses | 1,191.45 |
| | Total Current Work | 48,601.45 |

### Payments

| Date | Description | Amount |
|---|---|---:|
| 02/08/2018 | Payment (Millard C. Farmer) | -4,000.00 |
| 02/08/2018 | Payment (Eleanor Farmer Meeker) | -4,000.00 |
| 02/12/2018 | Cash Payment | -7,000.00 |
| | Total Payments | -15,000.00 |
| | Balance Due | $33,601.45 |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **MILLARD COURTNEY FARMER, JR.** <br><br>     **Debtor.** | **CHAPTER 13** <br><br> **CASE NO. 18-52363-jwc** |

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused to be served a copy of the foregoing Notice of Hearing and the foregoing Application on the parties reflected below. I further certify that I have caused to be served a copy of the foregoing Notice of Hearing *only* on all parties referenced on the attached mailing matrix by depositing a copy of same in the United States Mail, postage prepaid.

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

Millard Courtney Farmer, Jr.
1196 Dekalb Ave
Atlanta, GA 30307

Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, SunTrust Garden Plaza
Atlanta, GA 30303

This 12th day of November, 2018.

                                              **JONES & WALDEN, LLC**

                                              /s/ *Leon S. Jones*
                                              By:  Leon S. Jones
                                              Georgia Bar No. 003980
                                              Attorneys for Debtor
                                              21 Eighth Street, NE
                                              Atlanta, Georgia 30309
                                              (404) 564-9300

```
Label Matrix for local noticing          Julie M. Anania                        Colin Michael Bernardino
113E-1                                   Nancy J. Whaley                        Kilpatrick Townsend & Stockton LLP
Case 18-52363-jwc                        Standing Chapter 13 Trustee            1100 Peachtree Street, NE
Northern District of Georgia             Suite 120                              Suite 2800
Atlanta                                  303 Peachtree Center Avenue            Atlanta, GA 30309-4530
Mon Nov 12 16:01:24 EST 2018             Atlanta, GA 30303-1286

City of Atlanta                          Dekalb County Tax Commissioner
Office of Revenue                        4380 Memorial Drive, Suite 100
55 Trinity Ave, Suite 1350               Decatur, GA 30032-1239
Atlanta, GA 30303-3534



Ralph Goldberg                           John H. Murphy
1400 Montreal Road                       c/o Maloy Jenkins Parker
Suite 100                                1360 Peachtree Street NE
Tucker, GA 30084-6919                    Suite 910
                                         Atlanta, GA 30309-3287




                                         Nan Freeman                            Wilmer Parker
                                         c/o Ken Gordon                         Suite 910
                                         PO Box 1088                            1360 Peachtree Street
                                         Lagrange, GA 30241-0020                Atlanta, GA 30309-3287



Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587
```