## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | **CHAPTER 13** |
| **MILLARD COURTNEY FARMER, JR.** | **CASE NO. 18-52363-jwc** |
| Debtor. | |

### NOTICE AND CONSENT TO WITHDRAWAL OF ATTORNEY FOR DEBTOR

COME NOW Millard Courtney Farmer, Jr. ("Debtor") and Cameron M. McCord, Leon S. Jones, and the law firm of Jones & Walden, LLC (and all of its Attorneys) ("Applicant" or the "Law Firm") and file this Consent to the withdrawal of the said Applicant Law Firm as attorney for Millard Courtney Farmer, Jr., Debtor in the above-styled Bankruptcy Case, pursuant to Local Rule 9010-5 for the Bankruptcy Court for the Northern District of Georgia (being hereinafter referred to as the "Rule"), and respectfully show as follows:

1) The Law Firm and Debtor consent to the Law Firm's Withdrawal as attorneys of record for Debtor Millard Courtney Farmer, Jr. ("Debtor") in the above Bankruptcy Case.

2) This request for such withdrawal is made with the Debtor's consent. *See* Rule 9010-5(c).

3) Applicants show that the granting of the request pursuant to this Application will not delay the trial of the action or otherwise interrupt the orderly operation of the Court, or be manifestly unfair to the client.

4) Notification pursuant to Local Rule 9010-5: The Law Firm provides notice, all as anticipated by the Rule of the following:

A. That the Law Firm, as attorneys, wishes to withdraw;



B.  That the style of the Bankruptcy Case in which the Law Firm seeks to withdraw is set forth in the caption of this Consent Notice;

C.  That the Bankruptcy Court retains jurisdiction of this Bankruptcy Case;

D.  That, if the Law Firm's withdrawal is permitted, (1) Debtor will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which Debtor is a party and (B) Debtor's current telephone number and mailing address.  Such written statement must be amended promptly if Debtor's telephone number or mailing address changes; Debtor's current contact information is set forth herein in Paragraph H. (2) That Debtor has the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so; (3) That if Debtor fails or refuses to meet these obligations, Debtor may suffer adverse consequences;

E.  No hearings, trials or other proceedings are presently scheduled.  The holding of such proceedings, including trial, will not be affected by the withdrawal of counsel;

F.  That the contact information for the Trustee is as follows:

Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
(678) 992-1201
www.njwtrustee.com

The contact information for the Clerk of Court is as follows:

Clerk of Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 215-1150



G.  That Debtor will have the burden of keeping the Court and all adverse parties or their

counsel informed respecting where notices, pleadings, or other papers may be served;

H.  That services of notices upon Debtor may be made upon Debtor at the last known

address, to wit:

Millard Courtney Farmer, Jr.
1196 Dekalb Ave
Atlanta, GA 30307
millardfarmer@millardfarmer.com
(404) 688-8116

6)    Notification Certificate:    The Law Firm states that the Notification

requirements have been met as Debtor has consented to the withdrawal.

RESPECTFULLY SUBMITTED this **7** day of December, 2018.

Withdrawal of counsel consented to by:

_Millard Courtney Farmer, Jr._
Millard Courtney Farmer, Jr.
1196 Dekalb Ave
Atlanta, GA 30307
millardfarmer@millardfarmer.com
Date: 12/4/18

JONES & WALDEN, LLC

_/s/ Cameron M. McCord_
Cameron M. McCord
Georgia Bar No. 143065
Leon S. Jones
Georgia Bar No. 003980
Withdrawing Attorneys for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
ljones@joneswalden.com

