UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| MILLARD COURTNEY FARMER, JR., ) | |
| ) | Case No. 18-52363-JWC |
| Debtor. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, a true and exact copy of the **Objection to Motion and Application for Attorney Fees** was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn will send notification of such filing to all interested parties of record.

I further certify that on January 11, 2019, a true and correct copy of the **Objection to Motion and Application for Attorney Fees** was served upon the parties listed below, via First Class Mail, postage prepaid.

Ralph Goldberg
Goldberg & Cuvillier, P.C.
Suite 100
1400 Montreal Road
Tucker, GA 30084

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Nan Freeman
c/o Ken Gordon, Esquire
P.O. Box 1088
Lagrange, GA 30241

Millard Courtney Farmer, Jr.
1196 Dekalb Ave
Atlanta, GA 30307

Wilmer Parker
Maloy Jenkins Parker
1360 Peachtree Stree, NE, Suite 910
Atlanta, GA 30309

Leon S. Jones
Cameron M. McCord
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

City of Atlanta
Office of Revenue

DeKalb County Tax Commissioner
4380 Memorial Drive, Suite 100

| | |
|---|---|
| 55 Trinity Ave, Suite 1350<br>Atlanta, GA 30303 | Decatur, GA 30032 |
| LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Wilmer Parker<br>Suite 910<br>1360 Peachtree Street<br>Atlanta, Ga. 30309 |

Dated:  January 11, 2019            Respectfully submitted,

/s/ *Colin M. Bernardino*
Colin M. Bernardino, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email:  cbernardino@kilpatricktownsend.com

*Counsel for John H. Murphy*