# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR | : | |
| | : | CASE NO.  A18-52363-JWC |
| DEBTOR | : | |

## NOTICE RESCHEDULING CONFIRMATION HEARING

Notice is hereby given that the **Confirmation Hearing** in the above-referenced Chapter 13 case has been rescheduled and shall take place:

AT:       Richard B. Russell Federal Building
          75 Ted Turner Drive, S.W.
          Courtroom – 1203
          Atlanta, GA  30303

**ON:       March 12, 2019**
**AT:       10:00 a.m.**

Respectfully submitted,

__/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar Number 477064
Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201

*/drc*

Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Garden Plaza, Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201

<u>**CERTIFICATE OF SERVICE**</u>

Case Number **A18-52363-JWC**

This is to certify that I have this day served:

Debtor:
Millard Courtney Farmer, Jr.
1196 Dekalb Ave
Atlanta, GA 30307

*(ALL CREDITORS LISTED ON MAILING MATRIX)*

in the foregoing matter with a copy of this "Notice Rescheduling Confirmation Hearing" by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

THIS THE 1st day of February, 2019.

/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar Number 477064
Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201

Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Garden Plaza, Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201

```
Label Matrix for local noticing        City of Atlanta                        DeKalb County Tax Commissioner
113E-1                                 Office of Revenue                      4380 Memorial Drive, Suite 100
Case 18-52363-jwc                      55 Trinity Ave, Suite 1350             Decatur, GA 30032-1239
Northern District of Georgia           Atlanta, GA 30303-3534
Atlanta
Thu Jan 31 10:47:03 EST 2019


John H. Murphy                         John Harold Murphy                     LVNV Funding, LLC its successors and assigns
c/o Maloy Jenkins Parker               Kilpatrick Townsend & Stockton LLP     assignee of Citibank, N.A.
1360 Peachtree Street NE               Attn: Colin M. Bernardino, Esq.        Resurgent Capital Services
Suite 910                              1100 Peachtree St. NE, Suite 2800      PO Box 10587
Atlanta, GA 30309-3287                 Atlanta, GA 30309-4530                 Greenville, SC 29603-0587


Nan Freeman                            Resurgent Capital Services             End of Label Matrix
c/o Ken Gordon                         P.O. Box 10587                         Mailable recipients     7
PO Box 1088                            Greenville, SC 29603-0587              Bypassed recipients     0
Lagrange, GA 30241-0020                                                       Total                   7
```