# GOLDBERG & CUVILLIER, P.C.

RALPH GOLDBERG
LAURENE CUVILLIER

ATTORNEYS AT LAW
1400 MONTREAL ROAD
SUITE. 100
TUCKER, GA 30084

PHONE - 770-670-7343
FAX - 770-670-7344

March 1, 2019

Honorable Lynwood D. Jordan, Jr.
Probate Court of Forsyth County
100 West Courthouse Square
Suite 008
Cumming, GA  30040

Clerk
Probate Court of Union County
65 Courthouse St. #8
Blairsville, Ga. 30512

Hon. Jeffrey W. Cavender
Monique Chappell
12th Floor
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: In Re Angela McNair 18-68334-JWC (N. D. Ga. Bank.)
    In Re Millard Farmer, Jr.  18-52363-JWC ( N.D.Ga. Bank.)
    In Re Estate of Anne Hood Brown, 2016-93, 2016-107 (Union County
    Probate Court)
    In Re Estate of James Albert Brown, 2016-92 (Union County Probate Court)

Dear Judges and Courtroom Deputies,

    Pursuant to Uniform Probate Court Rule 6.11, I certify that I am lead counsel for Ms. McNair, Mr. Farmer, and the heirs of Anne Brown and James Brown, Mr. Thompson and Ms. Jones, in the above-styled cases. I am scheduled to appear before Judge Cavender at 10 am on March 12, 2019 for each bankruptcy case listed above and before Judge Jordan at 10 am on March 12, 2019.

    I certify that these cases cannot be adequately handled, and the client's interests adequately protected, by other counsel in my firm; that in spite of compliance with this rule, I have been unable to resolve these conflicts.

I propose to handle these conflicts by attending the hearings before Judge Cavender, as each hearing was scheduled for first and request that the probate cases be rescheduled.

Sincerely,

Ralph Goldberg

Cc:
Janna Akins
80 Town Square
P.O. Box 923
Blairsville, Ga. 30514

Colin Bernadino
Kilpatrick, Townsend, & Stockton, L.L.P.
Suite 2800
1100 Peachtree St. NE
Atlanta, Ga. 30309-4528

Nancy J. Whaley
303 Peachtree Center
Suite 120
Suntrust Garden Plaza
Atlanta, Ga. 30303