# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR., ) | |
| ) | CASE NO. 18-52363-JWC |
| Debtor ) | |

## NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE that the Debtor(s) has filed a** preconfirmation modification to the Chapter 13 Plan. The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**<u>Your rights may be affected.</u>  You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

1. File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

Room 1340, Richard Russell Federal Building, 75 Ted Turner Dr., Atlanta, Ga. 30303

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

2. Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a

Certificate of Service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

A hearing on confirmation of the Chapter 13 Plan, as modified, will be held in Room 1203, Richard Russell Federal Building, 75 Ted Turner Dr., Atlanta, Ga. 30303, at 10:00 am on March 12, 2019.

March 6, 2019.

/s/ Ralph Goldberg
_____

Ralph Goldberg
Ga. Bar No. 299475
Goldberg & Cuvillier, P.C.
1400 Montreal Rd. Ste. 100
Tucker, Ga. 30084
770-670-7343