# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR., ) | |
| ) | CASE NO. 18-52363-JWC |
| Debtor ) | |

## CERTIFICATE OF MANNER OF SERVICE

This is to certify that I have this day served debtor, creditors and Trustee in the foregoing matter with a copy of this document by depositing in United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing to:

Millard Courtney Farmer, Jr.
1196 DeKalb Ave
Atlanta, GA 30307

Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Julie M. Anania
Nancy J. Whaley
Standing Ch. 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Cameron M. McCord
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

City of Atlanta
Office of Revenue
55 Trinity Ave, Suite 1350
Atlanta, GA 30303

DeKalb County Tax Commissioner
4380 Memorial Drive, Suite 100
Decatur, GA 30032

John H. Murphy
c/o Maloy Jenkins Parker
1360 Peachtree Street NE
Suite 910
Atlanta, GA 30309

John Harold Murphy
Kilpatrick Townsend & Stockton LLP
Attn: Colin M. Bernardino, Esq.
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

LVNV Funding, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nan Freeman
c/o Ken Gordon
PO Box 1088
Lagrange, GA 30241

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Wilmer Parker
Suite 910
1360 Peachtree Street
Atlanta, Ga. 30309-3287

Collin Michael Bernardino
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, N.E.
Atlanta, Ga. 30309-4530

This 6th day of March 2019.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com