UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| MILLARD COURTNEY FARMER, JR., | ) | Case No. 18-52363 |
| | ) | |
| Debtor. | ) | Judge Cavender |
| | ) | |

NOTICE OF RESCHEDULED HEARING
ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

**PLEASE TAKE NOTICE** that on February 26, 2019, John H. Murphy filed a motion to enforce settlement agreement and related papers with the court seeking an order enforcing the settlement agreement. A notice of a hearing on the Motion was previously filed and served on February 26, 2019 [ECF No. 61]. This notice supersedes and amends the prior notice and all dates contained therein.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion to enforce settlement agreement in **Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, at 10:00 A.M. on March 26, 2019**.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated:  March 11, 2019.

/s/ *Colin M. Bernardino*
Colin M. Bernardino, Esq. (GA Bar No. 054879)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone: (404) 815-6500
Facsimile:  (404) 815-6555
Email:  cbernardino@kilpatricktownsend.com

*Counsel for John H. Murphy*

US2008 15273159 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, a true and correct copy of the foregoing document was filed electronically with the Court's CM/ECF filing system which in turn will generate an electronic notice of filing to all those who have requested or consented to electronic service in this chapter 11 case.

I further certify that the on March 11, 2019, a true and correct copy of the foregoing document was served upon the parties listed below, via First Class US Mail, postage prepaid.

Ralph Goldberg
Goldberg & Cuvillier, P.C.
Suite 100
1400 Montreal Road
Tucker, GA 30084

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Nan Freeman
c/o Ken Gordon, Esquire
P.O. Box 1088
Lagrange, GA 30241

Millard Courtney Farmer, Jr.
1196 Dekalb Ave
Atlanta, GA 30307

Wilmer Parker
Maloy Jenkins Parker
1360 Peachtree Stree, NE, Suite 910
Atlanta, GA 30309

City of Atlanta
Office of Revenue
55 Trinity Ave, Suite 1350
Atlanta, GA 30303

Wilmer Parker
Suite 910
1360 Peachtree Street
Atlanta, Ga. 30309

DeKalb County Tax Commissioner
4380 Memorial Drive, Suite 100
Decatur, GA 30032

LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Dated: March 11, 2019

/s/ Colin M. Bernardino
    Colin M. Bernardino

US2008 15273159 1