**IT IS ORDERED as set forth below:**

**Date: April 8, 2019**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR., ) | |
| ) | CASE NO. 18-52363-JWC |
| Debtor ) | |

## ORDER

Debtor has filed a Motion To Approve Sale with the Court. The Motion to Shorten Time is granted.

The Court will hold a hearing on application in Courtroom **1203**, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303, at ___10:00 a.m.___ on **April ___9___, 2019.**

Debtor's attorney is ordered to serve all interested parties prior to 4:00 p.m. on Monday, April 8, 2019 via email or facsimile transmission.

END OF DOCUMENT

  /s/ Ralph Goldberg

Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor
**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com