**IT IS ORDERED as set forth below:**

**Date: April 8, 2019**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR., | ) |
| | ) CASE NO. 18-52363-JWC |
| Debtor | ) |

## ORDER

Debtor has filed a Motion To Approve Sale with the Court. The Motion to Shorten Time is granted.

The Court will hold a hearing on application in Courtroom **1203**, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303, at _10:00 a.m._ on April ___9___, 2019.

Debtor's attorney is ordered to serve all interested parties prior to 4:00 p.m. on Monday, April 8, 2019 via email or facsimile transmission.

END OF DOCUMENT

 /s/ Ralph Goldberg

Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor
**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com

United States Bankruptcy Court
Northern District of Georgia

In re:  
Millard Courtney Farmer, Jr.  
     Debtor

Case No. 18-52363-jwc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: flanagan     Page 1 of 1     Date Rcvd: Apr 08, 2019  
                               Form ID: pdf534     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db             +Millard Courtney Farmer, Jr.,    1196 Dekalb Ave,    Atlanta, GA 30307-2079

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:  
           Colin Michael Bernardino    on behalf of Creditor John H. Murphy  
            CBernardino@Kilpatricktownsend.com,  
            sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com  
           Julie M. Anania    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com  
           Nancy J. Whaley    ecf@njwtrustee.com  
           Ralph Goldberg    on behalf of Debtor Millard Courtney Farmer, Jr. attorneygoldberg@hotmail.com,  
            goldbergandcuvillier@gmail.com  
                                                                                                                                                       TOTAL: 4