**IT IS ORDERED as set forth below:**

**Date: April 18, 2019**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | |
|---|---|
| MILLARD COURTNEY FARMER, JR. | CHAPTER 13 |
| | CASE NO. 18-52363-jwc |
| Debtor. | |

## ORDER

The debtor has filed a motion to sell his home, pursuant to his settlement agreement, plan and Order of the Court (Docket 71). The same came before the Court on Tuesday April 9, 2019. A copy of the sales agreement dated April 29, 2019 was attached to the motion.

1

It is ORDERED that in connection with said sale of the property, and subject to the terms of the Settlement Agreement, $450,000.00, in immediately available funds, and without any reductions or offsets for sale closing costs, transfer taxes, or otherwise, would be paid directly to Kilpatrick, Townsend & Stockton LLP ("KTS"), in its capacity as attorney for John H. Murphy, by delivery of the same to KTS via a certified bank check or a wire transfer.

Subject to the terms of the Settlement Agreement, the Debtor is hereby authorized to sell his house purchased by the contract attached to the Motion and to take steps to consummate the sale thereby.

In the event KTS has not received the Settlement Amount on or before the date stated in the Settlement Agreement, or such other date if agreed to in writing by KTS in its sole discretion, KTS may enforce the Settlement Agreement including, without limitation, immediately recording the Quitclaim Deed received from the debtor, free and clear of any and all liens including those of the brokers and the buyer involved in the sale, and debtor being responsible for all costs and expenses for such transfer including any transfer taxes. If requested by KTS, and in lieu of the Quitclaim Deed already delivered to KTS, debtor shall execute a new Quitclaim Deed, in substantially the same form, in the name of an affiliate of KTS.

Nothing in this order shall be interpreted to amend, overrule, rescind, or otherwise modify the Settlement Agreement by and among John H. Murphy,

Kilpatrick Townsend & Stockton LLP, and Millard Courtney Farmer (including, but not limited to, the Debtor's obligation to make a $450,000 payment by April 16, 2019), the Court's Order Enforcing Settlement Agreement [ECF No. 71] (the "Settlement Order"), or the relief granted in the Settlement Order.

The fourteen day stay provided for in Rule 6004 is waived, and this order is effective immediately.

                              END OF DOCUMENT


Prepared by:

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Millard Farmer
Goldberg & Cuvillier, P.C.
1400 Montreal Road
Suite 100
Tucker, GA 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com

Consented to:
/s/Colin Bernardino
KILPATRICK TOWNSEND & STOCKTON LLP
Counsel for John H. Murphy
1100 Peachtree St., Ste 2800
Atlanta, Ga. 30309
404-815-6500
404-815-6555 FAX
cbernardino@kilpatricktownsend.com

```
                              United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                                     Case No. 18-52363-jwc
Millard Courtney Farmer, Jr.                                               Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 113E-9          User: ngs1                   Page 1 of 1                   Date Rcvd: Apr 18, 2019
                              Form ID: pdf649              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db             +Millard Courtney Farmer, Jr.,    1196 Dekalb Ave,    Atlanta, GA 30307-2079
aty            +Wilmer Parker,    Suite 910,    1360 Peachtree Street,    Atlanta, GA 30309-3287
cr             +John H. Murphy,    Kilpatrick Townsend & Stockton LLP,    1100 Peachtree Street,    Suite 2800,
                 Atlanta, GA 30309-4530
21583709       +City of Atlanta,    Office of Revenue,    55 Trinity Ave, Suite 1350,    Atlanta, GA 30303-3534
21321849       +John H. Murphy,    c/o Maloy Jenkins Parker,    1360 Peachtree Street NE,    Suite 910,
                 Atlanta, GA 30309-3287
21487548       +John Harold Murphy,    Kilpatrick Townsend & Stockton LLP,    Attn: Colin M. Bernardino, Esq.,
                 1100 Peachtree St. NE, Suite 2800,    Atlanta, GA 30309-4530
21387531       +Nan Freeman,    c/o Ken Gordon,    PO Box 1088,    Lagrange, GA 30241-0020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 18 2019 21:31:11
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
21583710       +E-mail/Text: djelem@dekalbcountyga.gov Apr 18 2019 21:30:36     Dekalb County Tax Commissioner,
                 4380 Memorial Drive, Suite 100,    Decatur, GA 30032-1239
21484153        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 21:41:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21583711       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 21:40:55
                 Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Colin Michael Bernardino    on behalf of Creditor John H. Murphy
               CBernardino@Kilpatricktownsend.com,
               sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com
              Julie M. Anania    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Ralph Goldberg    on behalf of Debtor Millard Courtney Farmer, Jr. attorneygoldberg@hotmail.com,
               goldbergandcuvillier@gmail.com
                                                                                             TOTAL: 4
```