IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MILLARD COURTNEY FARMER, JR.

Debtor.

CHAPTER 13

CASE NO. 18-52363-jwc

## MOTION TO SELL PROPERTY

Comes now debtor and respectfully shows:

1.

This court has exclusive jurisdiction over the property in question under 28 USC § 1334.

2.

The residence of debtor is worth approximately $480,000 and is free of liens.

3.

The debtor is required by the settlement agreement, plan and order entered by the court (Docket 71) to sell such property.

4.

In connection with said sale of the property, and subject to the terms of the Settlement Agreement, $450,000.00, in immediately available funds, and without

1

any reductions or offsets for sale closing costs, transfer taxes, or otherwise, would be paid directly to Kilpatrick, Townsend & Stockton LLP ("KTS"), in its capacity as attorney for John H. Murphy, by delivery of the same to KTS via a certified bank check or a wire transfer.

5.

Such a sale would realize the full value of the house and would not jeopardize the rights of any other creditor or the Chapter 13 Trustee.

6.

A true and correct copy of the proposed sales contract is attached.

7.

In the event KTS has not received the Settlement Amount on or before the date stated in the Settlement Agreement, or such other date if agreed to in writing by KTS in its sole discretion, KTS may enforce the Settlement Agreement including, without limitation, immediately recording the Quitclaim Deed received from the debtor, free and clear of any and all liens including those of the brokers and the buyer involved in the sale, and debtor being responsible for all costs and expenses for such transfer including any transfer taxes. If requested by KTS, and in lieu of the Quitclaim Deed already delivered to KTS, debtor shall execute a new Quitclaim Deed, in substantially the same form, in the name of an affiliate of KTS.

2

8.

Movant requests that the fourteen day stay under Rule 6004 be waived, so that the parties can close immediately after the entry of the order.

This 7th day of May, 2019.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Millard Farmer
Goldberg & Cuvillier, P.C.
1400 Montreal Road
Suite 100
Tucker, GA 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                )
                                                      )    CHAPTER 13
MILLARD COURTNEY FARMER, JR.,                         )
                                                      )    CASE NO. 18-52363-JWC
Debtor                                                )

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** Debtor has filed a Motion To Approve Sale with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on application in Courtroom **1203**, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303, at **10:00 a.m.** on **June 4, 2019.**

If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 7th day of May, 2019.

*/s/ Ralph Goldberg*
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor

Goldberg & Cuvillier, P.C.
1400 Montreal Rd., Suite 100
Tucker, Ga. 30084-6919
770-670-7343
770-670-7344 (FAX)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served debtor, creditors and Trustee in the foregoing matter with a copy of this document by depositing in United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing to:

Millard Courtney Farmer, Jr.
1196 DeKalb Ave
Atlanta, GA 30307

Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Julie M. Anania
Nancy J. Whaley
Standing Ch. 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

City of Atlanta
Office of Revenue
55 Trinity Ave, Suite 1350
Atlanta, GA 30303

DeKalb County Tax Commissioner
4380 Memorial Drive, Suite 100
Decatur, GA 30032

John Harold Murphy
Kilpatrick Townsend & Stockton LLP
Attn: Colin M. Bernardino, Esq.
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

2

LVNV Funding, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Wilmer Parker
Suite 910
1360 Peachtree Street
Atlanta, Ga. 30309-3287

Collin Michael Bernardino
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, N.E.
Atlanta, Ga. 30309-4530

This 7th day of May, 2019.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Defendant

Goldberg & Cuvillier, P.C.
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)