# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR., | : CASE NO. 18-52363-JWC |
| Debtor. | : |

## WITHDRAWAL OF OBJECTION

COMES NOW, Debtor, and withdraws his objection to proof of claim (Docket #37).

Respectfully submitted,

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served debtor, creditors and Trustee in the foregoing matter with a copy of this document by depositing in United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing to:

Millard Courtney Farmer, Jr.
1196 DeKalb Ave
Atlanta, GA 30307

Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Julie M. Anania
Nancy J. Whaley
Standing Ch. 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

City of Atlanta
Office of Revenue
55 Trinity Ave, Suite 1350
Atlanta, GA 30303

DeKalb County Tax Commissioner
4380 Memorial Drive, Suite 100
Decatur, GA 30032

John Harold Murphy
Kilpatrick Townsend & Stockton LLP
Attn: Colin M. Bernardino, Esq.
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

> LVNV Funding, LLC its successors and assigns as
> assignee of Citibank, N.A.
> Resurgent Capital Services
> PO Box 10587
> Greenville, SC 29603-0587
>
> Resurgent Capital Services
> P.O. Box 10587
> Greenville, SC 29603
>
> Wilmer Parker
> Suite 910
> 1360 Peachtree Street
> Atlanta, Ga. 30309-3287
>
> Collin Michael Bernardino
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street, N.E.
> Atlanta, Ga. 30309-4530

This 16th day of May, 2019.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Defendant

Goldberg & Cuvillier, P.C.
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)