IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MILLARD COURTNEY FARMER, JR.<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 18-52363-jwc |

## MOTION TO SELL PROPERTY

Comes now debtor and respectfully shows:

1.

This court has exclusive jurisdiction over the property in question under 28 USC § 1334.

2.

The residence of debtor is worth approximately $485,000 and is free of liens.

3.

The debtor is required by the settlement agreement, plan and order entered by the court (Docket 71) to sell such property.

4.

In connection with said sale of the property, and subject to the terms of the Settlement Agreement, $450,000.00, in immediately available funds, and without any reductions or offsets for sale closing costs, transfer taxes, or otherwise, would be paid directly to Kilpatrick, Townsend & Stockton LLP ("KTS"), in its capacity as attorney for John H. Murphy, by delivery of the same to KTS via a certified bank check or a wire transfer.

5.

Such a sale would realize the full value of the house and would not jeopardize the rights of any other creditor or the Chapter 13 Trustee.

6.

A true and correct copy of the proposed sales contract is attached.

7.

In the event KTS has not received the Settlement Amount on or before the date stated in the Settlement Agreement, or such other date if agreed to in writing by KTS in its sole discretion, KTS may enforce the Settlement Agreement including, without limitation, immediately recording the Quitclaim Deed received from the debtor, free and clear of any and all liens including those of the brokers and the buyer involved in the sale, and debtor being responsible for all costs and expenses for such transfer including any transfer taxes. If requested by KTS, and in

lieu of the Quitclaim Deed already delivered to KTS, debtor shall execute a new Quitclaim Deed, in substantially the same form, in the name of an affiliate of KTS.

8.

Movant requests that the fourteen day stay under Rule 6004 be waived, so that the parties can close immediately after the entry of the order.

This 3rd day of july, 2019.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Millard Farmer
Goldberg & Cuvillier, P.C.
1400 Montreal Road
Suite 100
Tucker, GA 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com