IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                :
                                      :   CHAPTER 13
MILLARD COURTNEY                      :
FARMER, JR.,                          :
                                      :   CASE NO. 18-52363-JWC
    Debtor.                           :

## APPLICATION TO EMPLOY LISTING BROKER

The application of Debtor, Millard Courtney Farmer, Jr. respectfully represents:

1.

On the 9th day of February, 2018, Debtor filed a petition herein under Chapter 13 of the Bankruptcy Code.

2.

Debtor wishes to employ a licensed real estate agent, Donna J. Hall, with RE/MAX AROUND ATLANTA REALTY.

3.

Your Applicant has selected these agent for the reason that she has considerable experience in real estate matters and has secured a purchase and sale agreement for his property. Applicant believes that this agent is well qualified to represent him.

1

4.

To the best of Debtor's knowledge, said agent has no connection with any creditor or other party in interest herein or their respective attorneys.

5.

Your Applicant desired to employ Donna J. Hall and to compensate her at a rate of 6% of sale price.

6.

The agent has disclosed to your Applicant the fees applicable to the professional services to be rendered herein. I have agreed that the rates are reasonable.

7.

A copy of the contract appears on the Court's docket at Docket [___].

8.

The said agent represents no interest adverse to the Debtor or the estate in the matters upon which they are to be engaged for the Debtor, and her employment would be in the best interest of the estate.

WHEREFORE, your Applicant prays that he be authorized to employ and appoint this agent to sell his property.

This *First* day of July, 2019.

Respectfully submitted,

*Millard Courtney Farmer, Debtor*

MILLARD COURTNEY FARMER, JR., Debtor