IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MILLARD COURTNEY FARMER, JR.,

Debtor.

CHAPTER 13

CASE NO. 18-52363- JWC

## DECLARATION OF PROPOSED LISTING BROKER REMAX/AROUND ATLANTA REALTY

I, DONNA J. HALL, hereby declare under penalty of perjury that:

1) I am a licensed real estate agent, duly licensed in the state of Georgia.

2) I maintain an office as an agent at 17 Lenox Pointe, N. E. Suite B, Atlanta, Ga. 30324.

3) I have no connection with or business or financial interest in the above-named debtor, his creditors; or any other party in interest herein or said person's attorneys or accountants or the United States Trustee or any of the assistant Trustees assigned to this matter with the exception of the sale of real property located at 1196 Dekalb Avenue, Atlanta, GA 30307.

4) I represent no interest adverse to the Debtor or in the estate in the matters upon which I am to be engaged for the Debtor, and I am a "disinterested person" within the contemplation of 11 U.S.C. §101(14).

1

5) I have been a licensed real estate agent since December 2, 1999.

6) I have an executed listing agreement dated January 17, 2019 for the sale of property at 1196 Dekalb Avenue, Atlanta, GA 30307. Said agreement states the seller agrees to pay Broker, RE/MAX AROUND ATLANTA REALTY, a commission of 6.0% of the sales price. The broker agrees to pay cooperating broker, if any, 3.0% of the sales price of property.

7) I believe that the rates that I am charging are extremely reasonable and in line with the rates generally charged in the Atlanta area.

8) I am requesting that the Court authorize total real estate commission of 6.0% of the sales price.

This 14th day of April, 2019.

Respectfully submitted,

/s/ Donna J. Hall
Donna J. Hall

Re/Max Around Atlanta Realty

17 Lenox Pointe, Suite B

Atlanta, Ga. 30324

404-863-7777

FAX 404-974-4930

2