**IT IS ORDERED as set forth below:**

**Date: July 3, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| INRE: | |
| | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR. | |
| | CASE NO. 18-52363-jwc |
| Debtor. | |

## ORDER

The Debtor has filed a Motion to Sell Property (Doc#91) and an Application to Employ Listing Broker, Donna J. Hall (Doc#92). Debtor has filed Motions to Shorten Time. The Motions to Shorten Time are granted.

The Court will hold hearings on the motion to sell property (Doc#91) and application to employ listing broker, Donna J. Hall in **Courtroom 1203** United

1

States Courthouse, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303 at **11:15 AM** on **July 11, 2019**.  Debtor's attorney shall serve all interested parties within one (1) business day on July 5, 2019 via email or facsimile transmission or mail. Debtor's Attorney shall file a Certificate of Service with the Court on the same day.

END OF DOCUMENT

Drafted by:

Ralph Goldberg
Georgia Bar No. 299475
Attorney for Millard Farmer
Goldberg & Cuvi llie r, P.C.
1400 Montreal Road
Suite 100
Tucker, GA 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg_@hotmai l.co m