**IT IS ORDERED as set forth below:**

Date: July 12, 2019

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR. | CASE NO. 18-52363-JWC |
| Debtor. | |

## ORDER

The application to employ Donna J. Hall as listing broker (Docket 92) came before the Court on July 11, 2019.

The application to employ is granted pursuant to 11 U.S.C. § 327 and 11 U.S.C. § 328 and Ms. Hall may charge 6% of the sale price for the house at 1196 Dekalb Ave. Atlanta, Ga. 30307, the Court having found such fees to be fair and

1

reasonable. Compare In re Herman 2006 WL. 6591823 (N.D. Ga. 2006) (10% fee applied).

Any commission approved for Ms. Hall shall only be payable from sale proceeds after satisfaction of the $450,000 payable to Kilpatrick Townsend & Stockton LLP and John H. Murphy.

The fourteen day stay provided for in Rule 6004 is waived, and this order is effective immediately.

END OF DOCUMENT

Prepared by:
/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Millard Farmer
Goldberg & Cuvillier, P.C.
1400 Montreal Road, Suite 100
Tucker, GA 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com

Consented to:
/s/ Colin Bernardino
KILPATRICK TOWNSEND & STOCKTON LLP
Counsel for John H. Murphy
1100 Peachtree St., Ste 2800
Atlanta, Ga. 30309
404-815-6500
404-815-6555 FAX
cbernardino@kilpatricktownsend.com

# **DISTRIBUTION LIST**

Millard Courtney Farmer, Jr.
1196 DeKalb Ave
Atlanta, GA 30307

Nancy J. Whaley, Standing Ch. 13 Trustee 303
Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Julie M. Anania
Nancy J. Whaley
Standing Ch. 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

City of Atlanta
Office of Revenue
55 Trinity Ave, Suite 1350
Atlanta, GA 30303

DeKalb County Tax Commissioner
4380 Memorial Drive, Suite 100
Decatur, GA 30032

John Harold Murphy
Kilpatrick Townsend & Stockton. LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

LVNV Funding, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Wilmer Parker
Suite 910
1360 Peachtree Street
Atlanta, Ga. 30309-3287

Collin Michael Bernardino
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, N.E.
Atlanta, Ga. 30309-4530

This 11th day of July, 2019.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)