Certificate Number: 01401-GAN-DE-033134369

Bankruptcy Case Number: 18-52363



01401-GAN-DE-033134369

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2019, at 8:21 o'clock AM EDT, Millard C Farmer, Jr. completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: July 20, 2019

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager