# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MILLARD COURTNEY FARMER, JR., ) | |
| ) | CASE NO. 18-52363-JWC |
| Debtor. ) | |

## MOTION FOR EMERGENCY HEARING

COMES NOW, Millard Farmer, and respectfully moves for an Emergency Hearing on his Motion to Sell, Docket 114, and the Court's Order entered at Docket #71 to sell the property outlined in the Court's Order. The property is to close on or before October 21, 2019.

WHEREFORE Debtor prays:

1) For a hearing on October 8, 2019,

2) For such other and further relief as is just and proper.

Respectfully submitted,

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served debtor, creditors and Trustee in the foregoing matter with a copy of this document by depositing in United States Mail copies by email or by notification by electronic filing to:

Millard Courtney Farmer, Jr.
1196 DeKalb Ave
Atlanta, GA 30307

Julie M. Anania
Nancy J. Whaley
Standing Ch. 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

City of Atlanta
Office of Revenue
55 Trinity Ave, Suite 1350
Atlanta, GA 30303

DeKalb County Tax Commissioner
4380 Memorial Drive, Suite 100
Decatur, GA 30032

John H. Murphy
John Harold Murphy
Kilpatrick Townsend & Stockton. LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

LVNV Funding, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Collin Michael Bernardino
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, N.E.
Atlanta, Ga. 30309-4530

This 23rd day of September, 2019.

/s/ Ralph Goldberg
Ralph Goldberg
Georgia Bar No. 299475
Attorney for Debtor

**Goldberg & Cuvillier, P.C.**
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com